THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYANNA ROSENBERG, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CCS COMMERCIAL, LLC, (d/b/a Credit Collection Services Commercial), and PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendants. | No. 2:17-cv-00476-MJP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE** |

Pursuant to LCR 7(d)(1), LCR 10(g), and the Court's Chamber Procedures, Plaintiff Ayanna Rosenberg ("Plaintiff") and Defendants CCS Commercial, LLC and Progressive Direct Insurance Company (collectively, "Defendants"), by and through their counsel, hereby stipulate and move for a one-month continuance of the deadline for Plaintiff to file her motion for class certification and all related briefing and hearing deadlines, as follows.

///

///

///

STIPULATED MOTION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
No. 2:17-cv-00476-MJP

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

## STIPULATED MOTION

The parties agree and stipulate as follows:

The deadline to file Plaintiff's motion for class certification in this case has been set for December 14, 2017. (Minute Order Setting Trial Date and Related Dates, Dkt 22).

The parties are currently conducting discovery on class certification issues and are engaged in the meet and confer process regarding Plaintiff's outstanding discovery responses and document production. The parties believe that a one month continuance to file the motion for class certification will allow for proper resolution of their present discovery dispute, without disrupting the trial date of September 10, 2018 or the remaining case schedule.

Accordingly, the parties agree and stipulate that good cause exists to continue the deadline to file Plaintiff's Motion for Class Certification by approximately one month, to **January 18, 2017.** Pursuant to LCR 7(d)(3), Plaintiff shall note her motion for consideration on February 16, 2018, with Defendants' opposition briefs due on February 12, 2018, and Plaintiff's reply briefing due on February 16, 2018.

**STIPULATED and AGREED:**

Dated this 11th day of December, 2017

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ James M. Bulthuis
Chase Alvord, WSBA #26080
Email: calvord@tousley.com
James M. Bulthuis, WSBA #44089
Email: JBulthuis@Tousley.com

*Attorneys for Plaintiff Ayanna Rosenberg, individually, and on Behalf of all those similarly situated*

Dated this 11th day of December, 2017

COZEN O'CONNOR

By: /s/ Anusha E. Jones
William H. Walsh, WSBA #21911
Email: wwalsh@cozen.com
Kevin A. Michael, WSBA #36976
Email: kmichael@cozen.com
Anusha E. Jones, WSBA #52989
E-mail: aejones@cozen.com

*Attorneys for Defendant CCS Commercial, LLC*

STIPULATED MOTION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
No. 2:17-cv-00476-MJP

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

| | |
|---|---|
| Dated this 8th day of December, 2017 | Dated this 8th day of December, 2017 |
| IDE LAW OFFICE | HOLLAND & KNIGHT |
| By: /s/ Matthew James Ide<br>　　Matthew James Ide, WSBA #26002<br>　　Email: mjide@yahoo.com | By: /s/ Shannon Armstrong<br>　　Shannon Armstrong, WSBA #45947<br>　　Email: Shannon.armstrong@hklaw.com<br>　　J. Matthew Donohue, WSBA #52455<br>　　Email: matt.donohue@hklaw.com |
| *Attorney for Plaintiff Ayanna Rosenberg, individually, and on Behalf of all those similarly situated* | *Attorneys for Defendant Progressive Direct Insurance Company* |

STIPULATED MOTION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
No. 2:17-cv-00476-MJP

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

## ORDER

Pursuant to the above stipulated motion, and good cause appearing, it is so ordered that Plaintiff's motion for class certification be filed no later than January 18, 2018, and that the Case Schedule be amended as indicated.

DATED this 13 day of December, 2017.

_____
The Honorable Marsha J. Pechman
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
AMENDING CASE SCHEDULE
No. 2:17-cv-00476-MJP

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000