17-UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYANNA ROSENBERG, | CASE NO. C17-476 MJP |
| Plaintiff, | ORDER ON STIPULATED MOTION TO CONTINUE |
| v. | |
| CCS COMMERCIAL, LLC, et al., | |
| Defendants. | |

The Court, having received and reviewed the parties' Stipulated Motion for Order Continuing Trial and Case Scheduling Order (Dkt. No. 41), rules as follows:

IT IS ORDERED that the motion is DENIED.

Mediation is not good cause for a continuance. The Court does not require it and the parties are free to mediate at any time and with anyone they choose. The Court advises the parties, if they wish to mediate, to find a mediator that allows them to honor the court's schedule, which the parties participated in setting.

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated: February 14, 2018.

_____
Marsha J. Pechman
United States District Judge