Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYANNA ROSENBERG, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CCS COMMERCIAL, L.L.C., (d/b/a Credit Collection Services Commercial), and PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:17-cv-00476-MJP<br><br>**STIPULATED MOTION AND ORDER AMENDING CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: MARCH 7, 2018** |

Pursuant to LCR 7(d)(1), LCR 10(g), and the Court's Chamber Procedures, Plaintiff Ayanna Rosenberg ("Plaintiff") and Defendants CCS Commercial, LLC and Progressive Direct Insurance Company (collectively, "Defendants"), by and through their counsel, hereby stipulate and move for a one-month continuance of the deadline for the parties to exchange expert witness reports pursuant to FRCP 26(a)(2)(B) due to the current schedule for class certification.

## **STIPULATED MOTION**

The parties agree and stipulate as follows:

The noting date for plaintiff's motion for class certification is March 9, 2018.

STIPULATED MOTION AND ORDER AMENDING CASE
SCHEDULE - PAGE 1

The deadline for the parties to exchange expert witness reports is March 14, 2018. (Dkt. # 22.)

The parties expect that the Court will not resolve plaintiff's motion for class certification by the current expert witness deadline. Thus, the current schedule may require the parties to exchange expert reports regarding liability before the parties know the existence or scope of the potential class in this case. The parties believe that a one month continuance to exchange expert reports will provide sufficient time for the Court to resolve plaintiff's motion for class certification without disrupting the remaining case schedule.

Accordingly, the parties agree and stipulate that good cause exists to continue the deadline to exchange expert witness reports by approximately one month, to **April 13, 2018**.

**STIPULATED and AGREED:**

Dated this 7th day of March, 2018

| TOUSLEY BRAIN STEPHENS PLLC | COZEN O'CONNOR |
|---|---|
| By: *s/ Chase Alvord*<br>Chase Alvord, WSBA No. 26080<br>Email: calvord@tousley.com<br>James M. Bulthuis, WSBA No. 44089<br>Email: JBulthuis@Tousley.com | By: *s/ Anusha E. Jones*<br>William H. Walsh, WSBA No. 21911<br>Email: wwalsh@cozen.com<br>Anusha E. Jones, WSBA No. 52989<br>E-mail: aejones@cozen.com |
| IDE LAW OFFICE<br>Matthew James Ide, WSBA No. 26002<br>Email: mjide@yahoo.com | *Attorneys for Defendant*<br>*CCS Commercial, LLC* |
| *Attorney for Plaintiff Ayanna Rosenberg, individually, and on Behalf of all those similarly situated* | HOLLAND & KNIGHT<br><br>By: *s/ Shannon Armstrong*<br>J. Matthew Donohue, WSBA No. 52455<br>Email: matt.donohue@hklaw.com<br>Shannon Armstrong, WSBA No. 45947<br>Email: Shannon.armstrong@hklaw.com<br><br>*Attorneys for Defendant Progressive Direct Insurance Company* |

STIPULATED MOTION AND ORDER AMENDING CASE
SCHEDULE - PAGE 2

**ORDER**

Pursuant to the above stipulated motion, and good cause appearing, it is so ordered that the deadline to exchange expert witness reports is extended to **April 13, 2018**, and that the Case Schedule be amended as indicated.

DATED this _8th_ day of _March_, 2018.

_____
Marsha J. Pechman
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing STIPULATED MOTION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE to be served on the following person[s]:

Chase Christian Alvord
James M. Bulthuis
Tousely Brain Stephens
1700 Seventh Avenue, Suite 2200
Settle, WA 98101
Calvord@tousley.com
Jbulthuis@tousley.com

Matthew James Ide
Ide Law Office
7900 SE 28th St., Suite 500
Mercer Island, WA 98040
Mjide@yahoo.com

Attorneys for Plaintiff

Kevin A. Michael
William Harrison Walsh
Anusha Jones
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
Kmichael@cozen.com
Wwalsh@cozen.com
WEJones@cozen.com

Attorneys for Defendant CCS Commercial LLC

by causing the document to be delivered by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED March 7, 2018.

*s/ Kristin M. Asai*
Kristin M. Asai

CERTIFICATE OF SERVICE – PAGE 1

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#54804157_v1