THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYANNA ROSENBERG, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CCS COMMERCIAL, LLC (d/b/a Credit Collection Services Commercial), and PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant. | No.: 2:17-cv-00476-MJP<br><br>STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL, AND TO BRIEFLY EXTEND DISCOVERY THREE DAYS FOR LIMITED PURPOSE OF COMPLETING TWO OUT-OF-STATE DEPOSITIONS<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 1, 2018** |

Pursuant to LCRs 7(d)(1), 10(g), and 83.2(b)(1), the parties agree that current counsel for Defendant CCS—attorneys Kevin A. Michael, William Harrison Walsh, and Anusha E. Jones of COZEN O'CONNOR—should be permitted to withdraw. The parties further agree that attorneys Matthew J. Sekits and Holly D. Brauchli of BULLIVANT HOUSER BAILEY should be permitted to substitute as counsel for CCS, in their place.

This change in counsel will have no effect on the current case schedule, with one exception. The parties stipulate to extend the discovery cutoff deadline three days, until May 16, for the sole purpose of taking the CR 30(b)(6) depositions of CCS and Defendant Progressive, in Boston, Massachusetts, and Cleveland, Ohio, respectively. This brief

extension will be requested in order accommodate the schedules of the parties and their counsel.

DATED this 1st day of May, 2018.

| BULLIVANT HOUSER BAILEY PC | COZEN O'CONNOR |
|---|---|
| */s/ Matthew J. Sekits*<br>Matthew J. Sekits, WSBA #26175<br>E-mail: matthew.sekits@bullivant.com<br>1700 Seventh Avenue, Ste. 1810<br>Seattle, WA 98101<br>Phone: 206-521-6452<br><br>*/s/ Holly D. Brauchli*<br>Holly D. Brauchli, WSBA #44814<br>E-mail: holly.brauchli@bullivant.com<br>1700 Seventh Avenue, Ste. 1810<br>Seattle, WA 98101<br>Phone: 206-521-6441<br><br>***Substituting Attorneys for Defendant CCS Commercial, LLC (d/b/a Credit Collection Services Commercial)*** | */s/ Kevin A. Michael*<br>Kevin A. Michael, WSBA #36976<br>E-mail: kmichael@cozen.com<br><br>*/s/ William Harrison Walsh*<br>William Harrison Walsh, WSBA #21911<br>E-mail: wwalsh@cozen.com<br><br>*/s/ Anusha E. Jones*<br>Anusha E. Jones, WSBA #52989<br>E-mail: AEJones@cozen.com<br><br>***Withdrawing Attorneys for Defendant CCS Commercial, LLC (d/b/a Credit Collection Services Commercial)*** |
| TOUSLEY BRAIN STEPHENS PLLC | HOLLAND & KNIGHT LLP |
| */s/ Chase Alvord*<br>Chase Alvord, WSBA No. 26080<br>E-mail: calvord@tousley.com<br>James M. Bulthuis, WSBA No. 44089<br>E-mail: JBulthuis@Tousley.com<br><br>IDE LAW OFFICE<br>Matthew James Ide, WSBA No. 26002<br>E-mail: mjide@yahoo.com<br><br>***Attorney for Plaintiff Ayanna Rosenberg, individually, and on Behalf of all those similarly situated*** | */s/ Shannon Armstrong*<br>J. Matthew Donohue, WSBA No. 52455<br>E-mail: matt.donohue@hklaw.com<br>Shannon Armstrong, WSBA No. 45947<br>E-mail: Shannon.armstrong@hklaw.com<br>Kristin Mariko Asai, WSBA #49511<br>E-mail: Kristin.asai@hklaw.com<br><br>***Attorneys for Defendant Progressive Direct Insurance Company*** |

IT IS SO ORDERED:

DATED this __3rd___ day of May, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

/s/ Matthew J. Sekits
Matthew J. Sekits, WSBA #26175
E-mail: matthew.sekits@bullivant.com

/s/ Holly D. Brauchli
Holly D. Brauchli, WSBA #44814
E-mail: holly.brauchli@bullivant.com

*Substituting Attorneys for Defendant CCS Commercial, LLC (d/b/a Credit Collection Services Commercial)*