UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYANNA ROSENBERG, | CASE NO. C17-476 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CCS COMMERCIAL, LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in the process of considering the pending Motion for Class Certification. (Dkt. No. 36.) In her reply brief, Plaintiff has moved to exclude and/or strike a number of pieces of evidence offered by Defendant CCS Commercial, LLC. (*See* Dkt. No. 54, Consolidated Reply in Support of Motion for Class Certification at 7-12.)

1       Prior to ruling on the motion, the Court will permit a surreply brief by Defendant CCS to

2 the motion to strike. The brief shall not exceed six (6) pages and must be filed no later than

3 **June 1, 2018.**

4       The clerk is ordered to provide copies of this order to all counsel.

5       Filed May 23, 2018.

6

             William M. McCool

7              Clerk of Court

             s/Paula McNabb

8              Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24