Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYANNA ROSENBERG, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CCS COMMERCIAL, L.L.C., (d/b/a Credit Collection Services Commercial), and PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:17-cv-00476-MJP<br><br>**STIPULATED MOTION AND ORDER AMENDING SUMMARY JUDGMENT SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: JUNE 13, 2018** |

Pursuant to LCR 7(d)(1), LCR 10(g), and the Court's Chamber Procedures, plaintiff Ayanna Rosenberg, defendant CCS Commercial, LLC ("CCS"), and defendant Progressive Direct Insurance Company ("Progressive"), by and through their counsel, hereby stipulate and move for a consolidated briefing schedule on their cross motions for summary judgment under LCR 7(k).

## **STIPULATED MOTION**

The parties agree and stipulate as follows:

Plaintiff filed a motion for partial summary judgment on May 31, 2018, with a noting date of June 22, 2018. Progressive filed a motion for summary judgment on June 12, 2018, with a noting date of July 6, 2018.

STIPULATED MOTION AND ORDER AMENDING
SUMMARY JUDGMENT SCHEDULE (2:17-CV-00476-
MJP) - PAGE 1

Pursuant to LCR 7(k), the parties have agreed to modify the current briefing schedule for their cross motions for summary judgment, and to allow plaintiff to combine her reply and response memoranda into a single extra-length brief. Accordingly, the parties agree and stipulate that good cause exists to modify the briefing schedule as follows:

Progressive and CCS will file their responses to plaintiff's motion for partial summary judgment, which will not exceed 24 pages each, on **June 20, 2018.**

Plaintiff will file a combined response to Progressive's motion for summary judgment and reply in support of plaintiff's partial motion for summary judgment, which will not exceed 48 pages, on **July 2, 2018**.

Progressive will file its reply in support of its motion for summary judgment (limited to arguments I, II, and IV in Progressive's motion), which will not exceed 12 pages, on **July 6, 2018**.

**STIPULATED and AGREED:**

Dated this 13th day of June, 2018

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Chase Alvord*
    Chase Alvord, WSBA No. 26080
    Email: calvord@tousley.com
    James M. Bulthuis, WSBA No. 44089
    Email: JBulthuis@Tousley.com

IDE LAW OFFICE
    Matthew James Ide, WSBA No. 26002
    Email: mjide@yahoo.com

*Attorney for Plaintiff Ayanna Rosenberg, individually, and on Behalf of all those similarly situated*

BULLIVANT HOUSER BAILEY PC

By: */s/ Matthew J. Sekits*
    Matthew J. Sekits, WSBA #26175
    E-mail: matthew.sekits@bullivant.com
    Holly D. Brauchli, WSBA #44814
    E-mail: holly.brauchli@bullivant.com

*Attorneys for Defendant
CCS Commercial, LLC*

HOLLAND & KNIGHT

By: */s/ Kristin Asai*
    J. Matthew Donohue, WSBA No. 52455
    Email: Matt.Donohue@hklaw.com
    Shannon Armstrong, WSBA No. 45947
    Email: Shannon.Armstrong@hklaw.com
    Kristin Asai, WSBA No. 49511
    Email: Kristin.Asai@hklaw.com

*Attorneys for Defendant Progressive Direct Insurance Company*

**<u>ORDER</u>**

Pursuant to the above stipulated motion, and good cause appearing, it is so ordered that the briefing schedule for plaintiff's motion for partial summary judgment and Progressive's motion for summary judgment be amended as indicated. Plaintiff's motion for partial summary judgment and Progressive's motion for summary judgment shall both be noted for consideration on July 6, 2018.

DATED this _14th_ day of ___June___, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing STIPULATED MOTION AND [PROPOSED] ORDER AMENDING SUMMARY JUDGMENT SCHEDULE to be served on the following person[s]:

| | |
|---|---|
| Chase Christian Alvord<br>James M. Bulthuis<br>Tousely Brain Stephens<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA 98101<br>Calvord@tousley.com<br>Jbulthuis@tousley.com | Matthew J. Sekits<br>Holly D. Brauchli<br>Bullivant Houser Bailey PC<br>1700 Seventh Avenue, Ste. 1810<br>Seattle, WA 98101<br>matthew.sekits@bullivant.com<br>holly.brauchli@bullivant.com |
| Matthew James Ide<br>Ide Law Office<br>7900 SE 28th St., Suite 500<br>Mercer Island, WA 98040<br>Mjide@yahoo.com | Attorneys for Defendant CCS Commercial LLC |

Attorneys for Plaintiff

by causing the document to be delivered by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED June 13, 2018.

*/s/ Kristin M. Asai*
Kristin M. Asai

CERTIFICATE OF SERVICE – PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

#58354294_v1